EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Alexis I. Avilés Vega | 2005 TSPR 72<br><br>163 DPR \_\_\_\_ |

Número del Caso: TS-8472


Fecha: 25 de mayo de 2005



Abogado del Peticionario:

                        Por Derecho Propio

Oficina de Inspección de Notarías:

                        Lcda. Carmen H. Carlos

Colegio de Abogados de Puerto Rico:

                        Lcda. María De Lourdes Rodríguez
                        Oficial Investigadora
                        Comisión de Ética




Materia: Reinstalación al ejercicio de la abogacía y la
        notaría.

Este documento constituye un documento oficial del Tribunal
Supremo que está sujeto a los cambios y correcciones del
proceso de compilación y publicación oficial de las
decisiones del Tribunal. Su distribución electrónica se
hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:


Alexis I. Avilés Vega          TS-8472     Queja



RESOLUCIÓN


San Juan, Puerto Rico, a 25 de mayo de 2005.


Examinada la Moción de Reconsideración así como la Urgente Moción en Relación a Orden y Solicitando Reinstalación, presentada por el Sr. Alexis I. Avilés Vega, se ordena la reinstalación del señor Avilés Vega al ejercicio de la abogacía y la notaría inmediatamente.

Igualmente se ordena a la Directora de la Oficina de Inspección de Protocolos comparecer dentro del término de quince (15) días, para que se exprese en torno al trámite propuesto por el señor Avilés Vega para corregir el protocolo de 1991 o, en la alternativa, la aprobación del protcolo con deficiencia, según propuesto por ella en su informe de 31 de agosto de 2000.

Notifíquese por facsímil y por la vía ordinaria.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo